# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2026-1112
LT Case Nos. 2021-CF-002494-A
2022-CF-002023-A

_____

SHANON LYNN DAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Melanie Freeman Chase, Judge.

Shanon Day, Zephyrhills, pro se.

No Appearance for Appellee.

May 26, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————